

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JOSE CRISTOBAL CARDONA        CIVIL ACTION NO. 08-1556
      FED. REG. #40869-080
VS.                           SECTION P
                              JUDGE DRELL
WARDEN JOE KEFFER         MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner has failed to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this ___4___ day of ___August___, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE